UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ELIZABETH REID,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN CORADIUS<br>INTERNATIONAL, LLC,<br><br>    Defendant. | 13-1261<br><br>NOTICE OF REMOVAL<br><br>FILED<br>SCRANTON<br>MAY 0 8 2013<br>Per_____<br>DEPUTY CLERK |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant American Coradius International, LLC ("ACI"), by its attorney, hereby removes this action from the Court of Common Pleas, Lackawanna County, to the United States District Court for the Middle District of Pennsylvania. In support of this Notice of Removal, ACI states as follows:

1. Plaintiff Mary Elizabeth Reid originally commenced this action by filing a Complaint against ACI in the Court of Common Pleas, Lackawanna County, where it is presently captioned as *Mary Elizabeth Reid v. American Coradius International, LLC,* Case No.:2013-cv-1789. No further proceedings before the State Court have occurred.

2. In the Complaint, plaintiff alleges statutory causes of action against ACI. A true and correct copy of Plaintiff's Complaint is attached hereto as Ex. "A."

3. Plaintiff accuses ACI of violating the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

4. ACI received Plaintiff's Summons and Complaint on or about April 15, 2013.

5. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claims are founded on a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which ACI received Plaintiff's Complaint. See 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Court of Common Pleas, Lackawanna County. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant American Coradius International, LLC gives notice that this action is removed from the Court of Common Pleas, Lackawanna County, to the United States District Court for the Middle District of Pennsylvania.

Dated: May 3, 2013

                                            Respectfully submitted

                                            _____

                                            Aaron R. Easley, Esq. (73683)
                                            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                            200 Route 31 North, Suite 203
                                            Flemington, NJ 08822
                                            Phone: (908) 751-5940
                                            Fax: (908) 751-5944
                                            aeasley@sessions-law.biz
                                            Attorney for Defendant
                                            American Coradius International, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2013, a copy of the foregoing **Notice of Removal to the United States District Court for the Middle District of Pennsylvania** was served by Federal Express upon the Clerk of the Court and via regular mail upon counsel for Plaintiff at the below addresses:

Clerk of the Court
United States District Court
Middle District Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street,
Wilkes-Barre, PA 18701

Brett Freeman, Esq.
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, PA 18512
Tel: (570) 341-9000
Attorney for Plaintiff

By: _____
Aaron R. Easley, Esq.
Attorney for Defendant,
American Coradius International, LLC

# EXHIBIT A

```
15015005022013         Lackawanna County Clerk/Judicial Records         Page    1
                              Civil Case Inquiry

2013-01789   REID MARY ELIZABETH (vs) AMERICAN CORADIUS INT

 Reference No..:                                  Filed........:  4/12/2013
 Case Type.....: MISCELLANEOUS - OTHER            Time.........:       1:53
 Judgment......           .00                     Execution Date  0/00/0000
 Judge Assigned:                                  Jury Trial....
 Disposed Desc.:                                  Disposed Date.  0/00/0000
 ------------ Case Comments -------------         Higher Crt 1.:
                                                  Higher Crt 2.:


*****************************************************************************
       General Index                           Attorney Info
*****************************************************************************

 REID MARY ELIZABETH          PLAINTIFF    FREEMAN BRETT
   305 HEMLOCK DRIVE                         216 N BLAKELY ST
   CLARKS SUMMIT, PA   18411                 DUNMORE, PA   18512



 AMERICAN CORADIUS            DEFENDANT
 INTERNATIONAL LLC
   2420 SWEET HOME ROAD STE 150
   AMHERST, NY   14228



*****************************************************************************
*   Date      Entries                                                       *
*****************************************************************************

              - - - - - - - - - -   FIRST ENTRY  - - - - - - - - - - - - -
 4/12/2013   COMPLAINT FILED.
                                   007 Image page(s) exist(s) for this entry
              - - - - - - - - - -   LAST ENTRY  - - - - - - - - - - - - -

*****************************************************************************
*                                Escrow Information                         *
* Fees & Debits              Beg Bal     Pymts/Adj     End Bal              *
*****************************************************************************

   TAX ON CMPLT                 .50          .50          .00
   PAF                         5.00         5.00          .00
   JCS/ATJ                    23.50        23.50          .00
   COMPLAINT CIVIL           119.50       119.50          .00
                           ----------   ----------   ----------
                             148.50       148.50          .00

*****************************************************************************
*         End of Case Information                                           *
*****************************************************************************
```

4744857
BML 200

MARY F. RINALDI
LACKAWANNA COUNTY

2013 APR 12 P 1:54

CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

| | |
|---|---|
| Mary Elizabeth Reid<br>305 Hemlock Drive<br>Clarks Summit, PA 18411<br><br>    Plaintiff<br><br>v.<br><br>American Coradius International LLC<br>2420 Sweet Home Road, Suite 150<br>Amherst, NY 14228,<br><br>    Defendant | IN THE LACKAWANNA COUNTY<br>COURT OF COMMON PLEAS<br><br>Civil Action<br><br>No. 13-CV-1789<br><br>Jury Trial Demanded |

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by plaintiff(s). You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

NORTHEASTERN PENNSYLVANIA LEGAL SERVICES, INC.
300 SCRANTON ELECTRIC BUILDING
507 LINDEN STREET
SCRANTON, PA 18503
(570) 342-0184

MARY F. RINALDI
LACKAWANNA COUNTY

2013 APR 12 P 1: 50
CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

| | |
|---|---|
| Mary Elizabeth Reid,<br>Plaintiff<br><br>v.<br><br>American Coradius International LLC,<br>Defendant | IN THE LACKAWANNA COUNTY<br>COURT OF COMMON PLEAS<br><br>Civil Action<br><br>No. 13-CV-1789<br><br>Jury Trial Demanded |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 (hereinafter "the TCPA"), and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"). Defendant placed an excessive number of calls to Plaintiff on a number assigned to a cellular telephone service using equipment regulated by the TCPA.

### II. JURISDICTION AND VENUE

2. This Court has jurisdiction over the TCPA claim pursuant to 47 U.S.C. § 227(b)(3), which permits an action for a violation of the Act to be brought in an appropriate state court.

3. This Court has jurisdiction over the FDCPA claim pursuant to 15 U.S.C. § 1692k(d), which permits an action under the FDCPA to be brought in any court of competent jurisdiction.

4. Venue in this Court is proper in that Plaintiff resides here, the conduct complained of occurred here, and Defendant transacts business here.

### III. PARTIES

5. Plaintiff is a natural person residing at 305 Hemlock Drive, Clarks Summit, PA 18411.

6. Defendant, American Coradius International LLC, is a limited liability company with a place of business located at 2420 Sweet Home Road, Suite 150, Amherst, NY 14228. At all relevant times, Defendant placed calls to individuals in this state.

### IV. STATEMENT OF CLAIM

7. Plaintiff is, and at all relevant times was, a "person" as defined by 47 U.S.C. § 153(39) and a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

8. Defendant is, and at all relevant times was, a "person" as defined by 47 U.S.C. § 153(39) and a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

9. Plaintiff has a cellular telephone number that she has had since approximately August of 2011. Plaintiff has only used this number as a cellular telephone number, and does not believe that it was ever ported from a wireline service.

10. At all relevant times this phone number has been assigned to a cellular telephone service.

### *Count 1- Violation of the TCPA*

11. The foregoing paragraphs are incorporated herein by reference.

12. Defendant called Plaintiff's cell phone number at least 243 times.

13. Defendant placed calls to Plaintiff's cell phone using either an artificial or prerecorded voice.

14. The calls made to Plaintiff's cell phone were made using an automatic telephone dialing system, as that term is defined in 47 U.S.C. § 227(a)(1). The factual allegations in this paragraph are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

15. These telephone calls were not made for "emergency purposes", as defined in 47 C.F.R. § 64.1200.

16. These telephone calls were not made with the Plaintiff's prior express consent.

17. These telephone calls were placed while Plaintiff was in the United States.

18. Pursuant to 47 U.S.C. § 227(b)(3), Plaintiff is entitled to an award of $500.00 in statutory damages for each and every call made by Defendant to Plaintiff's cellular telephone number.

19. Plaintiff is also entitled to increased damages, as these calls were made willfully and/or knowingly. The factual allegations in this paragraph are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

20. For each violation that was made willfully and/or knowingly, the Court may, in its discretion, increase the amount of the award to an amount equal to, but not more than, $1,500.00 per call.

WHEREFORE, Plaintiff demands judgment against Defendant for statutory damages between $500.00 and $1,500.00 per call, costs, equitable relief, and such other and further relief as the court deems just and proper.

### Count 2 - Violation of the FDCPA

21. The foregoing paragraphs are incorporated herein by reference.

22. When Defendant called Plaintiff's cell phone, it was attempting to collect an alleged debt.

23. This debt was incurred for personal, family, or household purposes and is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

24. Defendant called Plaintiff at least 243 times on her cellular telephone.

3

25. In addition, Defendant often called Plaintiff's cellular telephone at least three or more times in a one-day period.

26. Defendant violated the FDCPA, 15 U.S.C. § 1692d(5), by causing Plaintiff's phone to ring repeatedly with the intent to annoy, abuse, or harass the Plaintiff.

WHEREFORE, Plaintiff demands judgment against Defendant for damages, costs, attorney's fees, and such other and further relief as the court deems just and proper.

V. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

*Brett M Free* (signature)

Brett Freeman
Bar Number: PA 308834
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Attorney for Plaintiff
Phone (570) 341-9000

4

### Verification of Complaint and Certification
### by Plaintiff Mary Elizabeth Reid

Plaintiff, Mary Elizabeth Reid, being duly sworn according to law, deposes as follows:

1. I am the plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass the Defendant, cause unnecessary delay to the Defendant, or create a needless increase in the cost of litigation to the Defendant, named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2013.

_____
Mary Elizabeth Reid, Plaintiff

# EXHIBIT B

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Phone (908) 751-5940
Fax (908) 751-5944
Attorneys for Defendant,
American Coradius International, LLC

| | |
|---|---|
| MARY ELIZABETH REID,<br><br>            Plaintiff,<br><br>v.<br><br>AMERICAN CORADIUS<br>INTERNATIONAL, LLC,<br>            Defendant. | **COURT OF COMMON PLEAS**<br>**LACKAWANNA COUNTY**<br>**COMMONWEALTH OF PENNSYLVANIA**<br>**CIVIL ACTION-LAW**<br><br>Case No.: 2013-cv-1789<br><br>**NOTICE OF FILING OF**<br>**NOTICE OF REMOVAL TO THE**<br>**UNITED STATES DISTRICT COURT**<br>**FOR THE MIDDLE DISTRICT OF**<br>**PENNSYLVANIA** |

TO:   Clerk of the Court
United States District Court
Middle District Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street,
Wilkes-Barre, PA 18701

Clerk of the Court
Court of Common Pleas
Lackawanna County
Lackawanna County Courthouse
200 N. Washington Avenue
Scranton, PA 18503

Brett Freeman, Esq.
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, PA 18512
Tel: (570) 341-9000
Attorney for Plaintiff

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Middle District of Pennsylvania. Attached hereto as Exhibit "1" is a copy of the Notice of Removal filed in the United States District Court effecting such removal.

PLEASE TAKE FURTHER NOTICE that in accordance with 28 U.S.C. § 1446(d), the Court of Common Pleas, Lackawanna County, shall proceed no further in this action unless and until the action is remanded by the United States District Court for the Middle District of Pennsylvania.

Dated: May 3, 2013

Respectfully submitted

Aaron R. Easley, Esq. (73683)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Phone: (908) 751-5940
Fax: (908) 751-5944
aeasley@sessions-law.biz
Attorney for Defendant
American Coradius International, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2013, a copy of the foregoing **Notice of Filing of Notice of Removal to the United States District Court for the Middle District of Pennsylvania** was served by Federal Express upon the Clerk of the Court and via regular mail upon counsel for plaintiff at the below addresses:

Clerk of the Court
Court of Common Pleas
Lackawanna County
Lackawanna County Courthouse
200 N. Washington Avenue
Scranton, PA 18503

Brett Freeman, Esq.
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, PA 18512
Tel: (570) 341-9000
Attorney for Plaintiff

By: _____
Aaron R. Easley, Esq.
Attorney for Defendant
American Coradius International, LLC

```
Court Name: District Court
Division: 3
Receipt Number: 333029567
Cashier ID: dangeli
Transaction Date: 05/08/2013
Payer Name: SESSIONS FISHMAN NATHAN
-----------------------------------
CIVIL FILING FEE
 For: SESSIONS FISHMAN NATHAN
 Case/Party: D-PAM-3-13-CV-001261-001
 Amount:        $400.00
-----------------------------------
Paper Check Conversion
 Check/Money Order Num: 40458
 Amt Tendered:  $400.00
-----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:       $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.
```