IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mary Elizabeth Reid,<br>    Plaintiff<br><br>v.<br><br>American Coradius International, LLC,<br>    Defendant | Docket 3:13-cv-01261-WJN<br><br>(JUDGE WILLIAM J. NEALON)<br><br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and with prejudice.

| | |
|---|---|
| s/ Brett Freeman<br>_____<br>Attorney for Plaintiff<br>Brett Freeman: Bar ID PA308834<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512<br>Phone (570) 341-9000<br>Facsimile (570) 504-2769<br>Email: ecf@bankruptcypa.com | s/ Dayle Van Hoose<br>_____<br>Attorney for Defendant<br>Dayle Van Hoose (admitted *pro hac vice*)<br>Sessions, Fishman, Nathan & Israel, L.L.P.<br>3350 Buschwood Park Dr., Ste. 195<br>Tampa, FL  33618<br>Phone (813) 890-2460<br>Facsimile (866) 466-3140<br>Email dvanhoose@sessions-law.biz |