# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mary Elizabeth Reid,<br>　　Plaintiff<br><br>v.<br><br>American Coradius International, LLC,<br>　　Defendant | Docket 3:13-cv-01261-WJN<br><br>(JUDGE WILLIAM J. NEALON)<br><br><br>FILED ELECTRONICALLY |

## ORDER

The parties having filed a Stipulation of Voluntary Dismissal (Doc. 12), IT IS ORDERED that this action is hereby dismissed without costs and with prejudice.

The Clerk of Court is directed to close the case.

Date: 12-17-13

　　　　　　　　　　　　　　　　　　　　William J. Nealon
　　　　　　　　　　　　　　　　　　　　United States District Judge

**FILED
SCRANTON**

DEC 1 7 2013

PER _____
　　　DEPUTY CLERK